IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARY JO COLE, et al., on behalf of themselves and a class of persons described herein,** )<br>)<br>)<br>) | |
| Plaintiff, )<br>) | Civil Action Number |
| ) | **03-J-3063-S** |
| vs. )<br>) | |
| **MONSANTO COMPANY,**<br>**PHARMACIA CORPORATION,**<br>**PFIZER, INC, AND SOLUTIA, INC.,** )<br>)<br>) | |
| Defendants. | |

**MEMORANDUM OPINION AND ORDER GRANTING
SUMMARY JUDGMENT TO DEFENDANT "NEW" MONSANTO**

Presently before the Court is Monsanto Company's ("New Monsanto") Notice of Filing Motion For Summary Judgment.[1]  (Doc. 14.)

The original Monsanto Company ("Old Monsanto") was incorporated in 1933, and manufactured polychlorinated biphenyls ("PCB") at the Anniston, Alabama plant from 1935 to 1971.  In 1997, Solutia was incorporated as a wholly owned subsidiary of Old Monsanto.  Old Monsanto then conveyed certain assets and liabilities, including the Anniston plant, to Solutia, Inc.

In 2000, a merger occurred between Old Monsanto and Pharmacia where Pharmacia

---

[1] Plaintiffs did not file a reply brief to Defendant New Monsanto's Motion for Summary Judgment.

1

became a subsidiary of Old Monsanto. Old Monsanto was then renamed Pharmacia.

Subsequently, a new entity named Monsanto Company ("New Monsanto") was incorporated as a subsidiary of Pharmacia. Pharmacia then transferred assets relating to its agricultural business to New Monsanto. New Monsanto never owned or operated the Anniston plant that produced PCBs.

Based upon the evidence in the record, this is a case where the corporate separateness of Pharmacia and its subsidiary, New Monsanto should be respected. Because New Monsanto was never involved in any way in the ownership, operation or production of PCBs in the Anniston area, Defendant New Monsanto Company is entitled to summary judgment on all claims asserted by the Plaintiffs.

It is hereby ordered that Defendant New Monsanto Company's Motion for Summary Judgment, (Doc. 14), is hereby GRANTED. All claims asserted against New Monsanto Company are hereby DISMISSED, with PREJUDICE.

The cost of this action are taxed against the Plaintiffs.


Done this the 1st day of December, 2004.


_____
U.W. Clemon
Chief United States District Judge